Betty Ann Perry, a Minor, Grace Alsip, Joyce Alsip, a Minor, and Herbert Alsip, Plaintiffs-Appellees, v. John Richerson, Betty June Richerson and Velma Hall, Defendant Counterplaintiffs-Appellants.

Term No. 54–M–8.

Donald R. Mitchell, for defendant counterplaintiffs-appellants; R. W. Harris, and David A. Warford, for appellees. Opinion by JUSTICE BARDENS. Not to be published in full. Opinion filed October 1, 1954; released for publication October 19, 1954.